IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ROBERT RICKY EVETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CV 02-B-1647-NE |
| | ) |
| SHERIFF CECIL REED, ET AL., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 3, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to exhaust his administrative remedies. The plaintiff filed objections to the report and recommendation on July 21, 2003.

Plaintiff states that he was unable to exhaust his administrative remedies because he was not provided the necessary forms when he requested them. Plaintiff's complaint is being dismissed without prejudice to plaintiff exhausting his administrative remedies. Plaintiff may file another lawsuit after exhausting his administrative remedies. Should the plaintiff experience any difficulty in obtaining the necessary forms he should submit an affidavit to the court stating what he did to obtain the forms, to whom he made his request, when he made the request, and the response he received.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the

magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 22nd day of September, 2003.

_____
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE